UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| DOUGLAS EVANS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CAUSE NO. 3:07-CV-304 PS |
| vs. | ) |
| | ) |
| DR. PERRY, | ) |
| | ) |
| Defendant. | ) |

**OPINION AND ORDER**

Douglas Evans, a *pro se* prisoner, submitted a complaint under 42 U.S.C. § 1983.  Evans alleges that after his dentures were stolen in May 2006, they were not replaced.  Pursuant to 28 U.S.C. § 1915A, the court must review the merits of a prisoner complaint.  However, the plaintiff's complaint lacks the detail necessary for this Court to adequately screen it.  In order to prevail on a claim, a plaintiff must show actual injury.  *See Walker v. Peters*, 233 F.3d 494, 502 (7th Cir. 2000) ("Because he cannot show injury, he cannot make out a claim of deliberate indifference relating to his treatment . . .."), *see also Doe v. Welborn*, 110 F.3d 520, 523-24 (7th Cir. 1997).  Therefore, Evans must explain what injury he has suffered as a result of not having dentures.

For the foregoing reasons, this Court:

(1) **ORDERS** Douglas Evans to file a more definite statement pursuant to Federal Rule of Civil Procedure 12(e) on or before September 7, 2007; and

(2) **CAUTIONS** Douglas Evans that if he does not comply with this order, this case may be dismissed without further notice pursuant to Federal Rule of Civil Procedure 41(b) for not prosecuting this case and for not complying with an order of this Court.

**SO ORDERED**.

ENTERED: July 25, 2007

s/ Philip P. Simon  
PHILIP P. SIMON, JUDGE  
UNITED STATES DISTRICT COURT